UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

IN THE MATTER OR NORTHWESTERN
TRADING CO., INC.,

         Civ. No. 96-1857(PG)
         (Bktcy. No. 93-0029(SEK))

Debtor

## JUDGMENT

The Court having entered an order remanding this civil case to the U.S. Bankruptcy Court for determination of the fees due to the U.S. Trustee, it is hereby

**ORDERED and ADJUDGED** that the instant action is **REMANDED** to the U.S. Bankruptcy Court and the case is **CLOSED**.

San Juan, Puerto Rico, September 3, 1999.

JUAN M. PEREZ-GIMENEZ
U. S. District Judge